# Fourth Court of Appeals
## San Antonio, Texas


March 27, 2015

No. 04-14-00508-CV

Rudy **MENDEZ**,
Appellant

v.

**CITY OF SAN ANTONIO BUILDING STANDARDS BOARD**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08659
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

On December 4, 2014, the trial court signed an order granting the contests to appellant's affidavit of indigence. Appellant's request for review of the trial court's order was due no later than December 15, 2014. Appellant filed a letter, which we construe as an appeal from the trial court's order granting the contests, on February 9, 2015. However, because appellant did not timely seek review of the trial court's December 4, 2014 order, we do not consider the merits of his appeal from the trial court's order sustaining the contests. Therefore, on March 10, 2015, this court ordered appellant to, no later than March 19, 2015, (1) pay the filing fee of $195.00; (2) provide written proof to this court that the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; and (3) request in writing, that a reporter's record be prepared, designate in writing the exhibits and those portions of the record to be included in the reporter's record, file a copy of the request with both the trial court clerk and this court, and provide written proof to this court that the reporter's fee has been paid or arrangements have been made to pay the reporter's fee. Our order cautioned appellant that failure to pay these costs no later than March 19, 2015 could result in the dismissal of his appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

On March 24, 2015, appellant filed (1) a request for an extension of time to pay the court filing fees and (2) a "notice" that he either has or will file a motion to reconsider our March 10, 2015 order. We GRANT appellant's request for an extension of time, and hereby ORDER appellant to pay the $195 filing fee and provide written proof to this court that the clerk's fee and reporter's fee have been paid or arrangements have been made to pay the clerk's fee and reporter's fee <u>no later than April 16, 2015</u>.

**No further extensions of time will be considered or granted. If appellant fails to pay the $195 filing fee and provide the required written proof, this appeal will be dismissed.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2015.

Keith E. Hottle
Clerk of Court